# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BOIM ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN MUSLIMS FOR PALESTINE, ET AL., <br><br> Defendants. | No. 22 CV 06085 <br><br> District Judge Wood <br><br> Magistrate Judge McShain |

## REPORT AND RECOMMENDATION

      Telephonic motion hearing on Respondent Mosque Foundation a/k/a The Bridgeview Mosque Motion to Quash [1] held on 09/22/2023. For the reasons stated on the record, in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(1), the undersigned respectfully recommends that the District Judge deny the Foundation's motion to quash [1]. The Foundation shall comply with this subpoena and make a responsive production within 30 days after the time for filing objections to this Report and Recommendation expires, or within 30 days after the District Judge resolves any objections to the Report and Recommendation, whichever is sooner. The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after service of a copy of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Failure to file a timely objection will constitute a waiver of objections on appeal. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).

 

_____
**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: September 25, 2023**